IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | Case No. 3:25-cr-72 |
| vs. | ) | **ORDER** |
| Adam Jon Dubord, | ) | |
| Defendant. | ) | |

Adam Jon Dubord is currently detained pending a placement at a residential reentry center. He moves for release to a residential substance abuse treatment program at Providence House, Arnegard, North Dakota. Neither the United States nor his supervising Pretrial Services Officer opposes the request. Dubord's motion, (Doc. 92), is **GRANTED**.

Dubord may be released upon notification by the Pretrial Services Officer that his plans for transportation to Providence House have been approved. Upon release, Dubord must travel directly to Providence House. Dubord will be required to abide by all conditions of an order setting conditions of release, which will be separately filed.

**IT IS SO ORDERED**.

Dated this 19th day of May, 2025.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge