Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:25-mj-00387-1

| | |
|---|---|
| Case title: USA v. Jimenez | Date Filed: 06/25/2025 |
| Other court case number: 3:25-cr-00072-5 District of North Dakota (Eastern) | Date Terminated: 07/07/2025 |

Assigned to: Magistrate Judge Peter Bray

**Defendant (1)**

| | | |
|---|---|---|
| **Arturo Jimenez** <br> *TERMINATED: 07/07/2025* <br> also known as <br> Munchies <br> *TERMINATED: 07/07/2025* | represented by | **Federal Public Defender - Houston** <br> 440 Louisiana <br> Ste 1350 <br> Houston, TX 77002 <br> 713-718-4600 <br> Fax: 713-718-4610 <br> Email: hou_ecf@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* <br><br> **Geoffrey Lee Womack** <br> Attorney at Law <br> 609 Heights Blvd. <br> Houston, TX 77007 <br> 713-224-8815 <br> Fax: 713-224-8812 <br> Email: glwomack@usa.net <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Natalie Jihad Awad** <br> Federal Public Defender's Office <br> 440 Louisiana <br> Ste 1350 <br> Houston, TX 77002 <br> 713-718-4600 <br> Fax: 713-718-4610 <br> Email: natalie_awad@fd.org <br> *LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                            **Disposition**

Ct 1 Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances

---

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2025 | 1 | Indictment from District of North Dakota, Eastern Division as to Arturo Jimenez, filed. (glk4) (Entered: 06/25/2025) |
| 06/25/2025 |   | Arrest (Rule 40) of Arturo Jimenez, filed. (glk4) (Entered: 06/25/2025) |
| 06/25/2025 | 2 | Arrest Warrant issued 4/2/2025; Returned Executed on 6/24/2025 as to Arturo Jimenez. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (glk4) (Entered: 06/25/2025) |
| 06/25/2025 |   | Set/Reset Deadlines/Hearings as to Arturo Jimenez: Initial Appearance - Rule 40 set for 6/25/2025 at 02:00 PM in Courtroom 703 before Magistrate Judge Peter Bray (glk4) (Entered: 06/25/2025) |
| 06/25/2025 |   | Arrest of Arturo Jimenez, filed. (jmm4) (Entered: 06/25/2025) |
| 06/25/2025 |   | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 6/25/2025 before Magistrate Judge Peter Bray as to Arturo Jimenez. Defendant first appearance on Indictment from the North Dakota District Court 3:25CR72 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD to be entered, Defendant waives Identity and Waiver of Rule 5 & 5.1 Hearings executed, Waiver of Identity |

| | | |
|---|---|---|
| | | executed on the record, Order of Temporary Detention Pending Hearing to be entered. Status Conference set for 6/26/2025 at 10:00 AM in Courtroom 703 before Magistrate Judge Peter Bray Appearances: AUSA Brooke Fuselier for USA; AFPD Kurtis Johnson for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Yes) Defendant remanded to custody, filed. (jmm4) (Entered: 06/25/2025) |
| 06/25/2025 | 3 | Sealed Financial Affidavit CJA 23 by Arturo Jimenez, filed. (Entered: 06/25/2025) |
| 06/25/2025 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Arturo Jimenez. (Signed by Magistrate Judge Peter Bray) Parties notified. (jmm4) (Entered: 06/25/2025) |
| 06/25/2025 | 5 | Order of Temporary Detention Pending Hearing as to Arturo Jimenez Status Conference set for 6/26/2025 at 10:00 AM in Courtroom 703 before Magistrate Judge Peter Bray ( Signed by Magistrate Judge Peter Bray) Parties notified. (jmm4) (Entered: 06/25/2025) |
| 06/26/2025 | | NOTICE OF ATTORNEY APPEARANCE Natalie Jihad Awad, Federal Public Defender, in case as to Arturo Jimenez, filed. (Awad, Natalie) (Entered: 06/26/2025) |
| 06/26/2025 | | Minute Entry for proceedings held before Magistrate Judge Peter Bray: Status Conference as to Arturo Jimenez held on 6/26/2025 Status Conference set for 6/26/2025 at 02:00 PM in Courtroom 703 before Magistrate Judge Peter Bray Appearances:Jennifer Stabe. Natalie Jihad Awad.(ERO:Yes) (Interpreter:no) Deft remanded to custody, filed. (jmm4) (Entered: 06/26/2025) |
| 06/26/2025 | 6 | MOTION to Substitute Attorney Geoffrey Lee Womack by Arturo Jimenez, filed. (Attachments: # 1 Proposed Order) (Womack, Geoffrey) (Entered: 06/26/2025) |
| 06/26/2025 | | STATUS CONFERENCE Minute Entry for proceedings held on 6/26/2025 before Magistrate Judge Peter Bray as to Arturo Jimenez Defendant appeared with counsel. Bond set, $25,000 Unsecured, Defendant advised of conditions of release, Defendant to be released after bond perfected. Appearances: AUSA Jennifer Stabe for USA; Natalie Awad for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Yes) Bond executed and deft to be released, filed. (jmm4) Modified on 7/7/2025 (jmm4). (Entered: 06/26/2025) |
| 06/26/2025 | 8 | Unsecured Bond Entered as to Arturo Jimenez in amount of $ 25,000,, filed. (svj4) (Entered: 07/02/2025) |
| 06/26/2025 | 9 | ORDER Setting Conditions of Release as to Arturo Jimenez. ( Signed by Magistrate Judge Peter Bray) (Attachments: # 1 Continuation) Parties notified. (svj4) (Entered: 07/02/2025) |
| 06/30/2025 | 7 | Pretrial Services Report (Sealed) as to Arturo Jimenez, filed. (mw4) (Entered: 06/30/2025) |
| 07/07/2025 | | RULE 5 Papers sent to District of North Dakota Division as to Arturo Jimenez, filed. (jmm4) (Entered: 07/07/2025) |