## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JESUS FELISIANO SANCHEZ

        Defendant.

Case No. 3:25-cr-72-2

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:   Jesus Felisiano Sanchez
Detained at (custodian) Harris County Jail, Houston, TX
Detainee is charged in this District by Superseding Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on September 3, 2025, at 11:00 a.m., for the purpose of Initial Appearance and Arraignment.

Attorney Signature:                /s/  Matthew P. Kopp
Printed Name and Telephone Number:  MATTHEW P. KOPP, 701-297-7400
Dated: July 10, 2025           Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: July 10, 2025        */s/ Alice R. Senechal*
                       Magistrate Judge Alice R. Senechal
                       United States District Court

☐ Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____ By: _____ _____
Date Executed           Printed Name             Signature