UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NORTH DAKOTA

JESUS FELISIANO SANCHEZ, CASE NO: 3:25-cr-00072-PDW-2
Defendant,

VS.

UNITED STATES OF AMERICA,
Respondent(s)

## MOTION TO DISMISS FOR SPEEDY VIOLATION

Comes Now, the defendant, Jesus Felisiano Sanchez, pro-se, in this proceeding and moves this honorable United states District Court to grant the instant pleading and dismiss the indictment for due process and speedy trial violation which resulted in prejudice to the case beyond remedy. Please see the following facts asserting the bases for relief;

## PROCEDURAL HISTORY

I, Jesus Felisiano Sanchez, state that I was arrested on or about the date of: June 21 2025 ; The date of the indictment is believed to be the date of: January 20 2025; The defendant being available for Jury trial as pretrial detainee since the listed date of arrest and 70 day Speedy trial rule has been breached with prejudice that is unable to be corrected under current terms; The witness is a subject that may be deported under I.C.E. Laws and the

(1)

delay of this case has prevented the defense (whom is pro-se) at this time from mounting his defense witness though he remained otherwise ready for Jury trial. The instant pro-se motion follows to address the claim and obtain relief.

## STATEMENT OF CASE AND FACTS

The defendant, Jesus felisiano Sanchez, provides that on the date of June 21 2025, he was arrested and held as a United States Marshal (detainee) in the HARRIS county Jail upon being arrested in the state of Texas the pro-se defendant was transported across state lines into another Jurisdiction which was still not the indicting court and I, Jesus felisiano Sanchez was denied due process upon arrest when federal Authorities failed to comply with Federal Rules of criminal Procedure 5(a), which provides verbatim that after an arrest, the officer "shall take the arrested person without unneccessary delay before the nearest available federal Magistrate Judge or, if a federal magistrate Judge is not reasonable available, before a state or Local Judicial officer authorized by 18 U.S.C. Section 3041. see also 18 U.S.C. Section 3142(f);

The deprived Legal proceedings which show a clear denial of constitutional violation to my procedural Substantive due process right to be advised of the reason I'm detained and to allow me the right to a Public Speedy Jury trial in 70 days which has

(2)

not happen in violation of the Speedy trial Act of 1984. The violation of not timely granting me a Jury trial has proved to be a depriving of Life and Limb without due process of Law in violation of the 5th Amendment to the United states Constitution. Wherefore, the denial of such right demands remedy.

### Relief Requested

I, Jesus Felisiano Sanchez, move this court to grant me immediate dismissal of indictment for harm caused by delayed Jury trial which wasn't waived and alternatively impose a reasonable bail in exchange for the deprivation of Liberty without proper due process. It is so prayed.

Dated: 9-1-2025                    /S/ Jesus Sanchez

### UNNOTARIZED OATH

I, Jesus Felisiano Sanchez, declare under all penalty of perjury that this document is true and correct.

Dated: 9-1-2025                    /S/ Jesus Sanchez

(3)

## CERTIFICATE OF SERVICE

I, Jesus Felisiano Sanchez, certify that the foregoing document is a true copy and was handed over to Grady County Jail officers for outgoing Legal mail to be sent on this 1st day of September 2025, to be sent prepaid via U.S. postal service mail to the following parties Listed below:

1) Clerk of Court, at 655 1st Ave North, suite 130 fargo, ND 58102.

2) U.S. Attorney's office, at 655 1st Ave North, Suite 250 Fargo, ND 58102.

/S/
Jesus Felisiano Sanchez #
Grady County Criminal Justice Center
215 North 3rd street
Chickasha, OK 73018

(4)