IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:25-cr-00072-PDW-8 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | |
| Nicole Lynn Eisenmenger, | ) | |
| | ) | |
| Defendant. | ) | |

1. Comes now Nicole Lynn Eisenmenger, by and through their attorney Alexis Madlom, hereby moves this Court to continue the combined plea and sentencing hearing that is currently set for November 13, 2026, at 9:00 a.m.
2. Ms. Eisenmenger is currently scheduled for a medical procedure at the next available date that was provided to her. She is scheduled for a colonoscopy on April 13, 2027.
3. Ms. Eisenmenger is requesting that the Court hearing be continued until after her medical procedure.
4. Undersigned counsel has been in contact with counsel for the United States, Mr. Matt Kopp. Mr. Kopp has informed counsel that he has no objection to this continuance request.
5. Ms. Eisenmenger is doing well on pretrial release and is working hard to ensure that her health is taken care of before moving forward with her plea and sentencing hearing. Due to the importance of Ms. Eisenmenger's health, the necessity for this medical procedure, Ms. Eisenmenger doing well on pretrial release, and the date of the appointment, Ms. Eisenmenger respectfully moves this court to continue the plea and sentencing date until after April 13, 2027.

Dated: October 26, 2026

_/s/ *Alexis Madlom*_____________

Alexis Madlom (ND 9486)
Attorney for Defendant
808 3rd Ave S., Ste 205
Fargo, ND 58103
T: 701.365.4884
F: 701.365.4885