**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| United States of America,<br><br>Plaintiffs,<br><br>vs.<br><br>Wyatt Lahren,<br><br>Defendant. | **MOTION TO CONTINUE CHANGE OF PLEA AND SENTENCING**<br><br>Case No.: 3:25-CR-72 |

Defendant, Wyatt Lahren, by and through his attorney of record, Jamie L. Browne, Barkus Law Firm, P.C., 3431 4th Avenue South, Suite 201, Fargo North Dakota 58103, moves this Honorable Court to continue his Change of Plea and Sentencing, currently scheduled for November 16, 2026, at 9:00 a.m. to a later date.

The defendant has several family matters he would like to address before he is sentenced, which includes finalizing his treatment plan. This continuance is for good cause and not for the purpose to delay.

Undersigned counsel has spoken with AUSA, Matthew Kopp, and the government has no objection to this continuance request.

Dated this 6th day of November, 2026.

BARKUS LAW FIRM, P.C.
Jamie L. Browne, ND ID #09855
3431 4th Avenue South, Suite 201
Fargo, North Dakota 58103
Tele: 701-532-2498
Eservice: eservice@barkuslawfirm.com
ATTORNEYS FOR DEFENDANT